UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Hanif Abdul-Hakim** **Docket No. 5:24-CR-109-1D**

**Petition for Action on Supervised Release**

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Hanif Abdul-Hakim, who, upon an earlier plea of guilty to Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 1349 and 18 U.S.C. § 1343, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on March 27, 2025, to the custody of the Bureau of Prisons for a term of 15 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Hanif Abdul-Hakim was released from custody on March 27, 2026, at which time the term of supervised release commenced in the District of Massachusetts.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Abdul-Hakim is requesting to remain in the District of Massachusetts throughout the duration of his supervised release. In order to adequately supervise him, the District of Massachusetts is requesting that his restitution payment be reduced.

The defendant was originally ordered to pay a $100.00 special assessment and $266,615.01 in restitution. The special assessment was to be paid immediately, and payment of restitution was to be made in installments of $300.00 per month to begin 60 days after the defendant's release from prison. Since his release, the defendant has not been able to meet his financial obligations due to limited income. A completed cash flow statement was requested from the defendant but never received. The defendant is currently unemployed and has filed for social security benefits. The supervising officer recommends reducing the defendant's monthly payment obligation to $25.00. This adjustment is expected to support his continued compliance with the payment plan. If the defendant is approved for SSI benefits, the Probation Office will coordinate with the Financial Litigation Program to reassess his monetary obligation and determine an appropriate payment amount based on his financial circumstances.

Additionally, it is recommended that the search condition be removed, as the supervising district is unable to enforce such a condition. In light of these circumstances, it is respectfully recommended that the conditions of supervision be modified.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay any unpaid restitution in monthly installments of $25.00.

**FURTHER PRAYING THAT THE COURT WILL ORDER** that the following supervised release condition be removed:

2. The defendant shall submit to a search, at any time, with or without a warrant, and by any law enforcement or probation officer, of the defendant's person and any property, house, residence, vehicle, papers, computer, and other electronic communication or data storage devices, or media, and effects, and upon reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the defendant, or by any probation officer in the lawful discharge of

the officer's supervision functions.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Quanda L. Lunsford
Quanda L. Lunsford
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8801
Executed On: August 31, 2026

**ORDER OF THE COURT**

Considered and ordered this 1 day of September, 2026, and ordered filed and made a part of the records in the above case.

J. Dever
James C. Dever III
U.S. District Judge